ACCEPTED
01-15-00228-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
12/15/2015 1:15:30 AM
CHRISTOPHER PRINE
CLERK

No. 01-15-000228 and 01-15-00440

_____

IN THE FIRST DISTRICT COURT OF APPEALS OF TEXAS

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
12/15/2015 1:15:30 AM
CHRISTOPHER A. PRINE
Clerk

_____

IN RE ERNEST R. KOONCE, RELATOR

_____

Original Proceeding From the 127th Judicial District Court of
Harris County
Cause No. 2010-64752

_____

**APPELLANT'S MOTION FOR AN EXTENSION OF TIME IN WHICH
TO FILE THE BRIEF**

ERNEST R. KOONCE
Pro Se
15938 Fleetwood Oaks Drive
Houston, Texas 77079
Tel: (832) 434-3183
Fax: (832) 328-7171
rayk469@gmail.com

No. 01-15-000228 and 01-15-00440

IN THE FIRST COURT OF APPEALS OF TEXAS

IN RE ERNEST R. KOONCE, RELATOR

Original Proceeding From the 127th Judicial District Court of Harris
County, Texas
Cause No. 2010-64752

## APPELLANT'S MOTION FOR AN EXTENSION OF TIME IN WHICH TO FILE THE BRIEF

ERNEST R. KOONCE
RELATOR, Pro Se
15938 Fleetwood Oaks Drive
Houston, Texas 77079
Tel: (832) 434-3183
Fax: (832) 328-7171
rayk469@gmail.com

TO THE HONORABLE COURT OF APPEALS OF TEXAS:

Ernest R. Koonce, Relator, and those similarly situation, respectfully submit this motion for extension of time, and would show the Court as follows:

IDENTITY OF PARTIES AND THEIR COUNSEL

Relator, Ernest R. Koonce, hereby certifies that the following are the list of parties and their respective counsel, if any, to the best of his knowledge and understanding of the rules.

| PARTIES | COUNSEL |
|---|---|
| Relator<br>ERNEST R. KOONCE | Pro Se |
| Respondent | |
| HONORABLE RK SANDILL | 127thth Civil District Court of Harris County, TX<br>201 Caroline, 10th Floor<br>Houston, Texas 77002<br>Court Phone Number: (713) 368-6161 |
| Chris Daniels<br>Harris County District Clerk | 201 Caroline<br>Houston, Texas 77002 |
| Real Party in Interest: | |
| WELLS FARGO BANK, NA | Bradley Chambers<br>Texas Bar No. 2400186<br>Valerie Henderson<br>Texas Bar No. 24078655<br>Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C.<br>1301 McKinney Street<br>Suite 3700<br>Houston, Texas 77010<br>(713) 650-9700 – Telephone<br>(713) 650-9701 – Facsimile<br>vhenderson@bakerdonelson.com |

TO THE HONORABLE COURT OF APPEALS OF TEXAS:

Ernest Ray Koonce, Relator/Appellant, and those similarly situated, respectfully submits this motion for extension of time in which to file his Reply to Response to Writ of Mandamus, and Reply to Response to Supplemental Writ of Mandamus.

The court ordered WF to provide a response to Koonce's Supplemental Writ of Mandamus no later than November 23, 2015, and ordered Koonce to file his reply within 20 days thereafter. By Koonce's calculations, the deadline fell on Sunday, December 13, 2014, and therefore the reply was Due December 14, 2015.

While trying to put together all of the appendix and the response in one pdf with the tabs as required, I had much difficulty with the program. Although I diligently tried, I was not able to meet the deadline due to complication with the program and the very old computer I have to use. This was not intentional, and out of Koonce's control.

Therefore, appellant requests that this court grant him a 1 day extension from December 14, 2015, due to this unforeseen issue.

PRAYER

For these reasons, Appellant requests that this Court grant him a 1-day extension of time in which to file is reply brief and reply to supplemental mandamus, and for such other and further relief as the court deems just and proper.

Dated:  December 15, 2015     Respectfully submitted,

/s/Ernest Ray Koonce

_____

Ernest Ray Koonce

CERTIFICATE OF SERVICE

The above and foregoing document was served in accordance with Rule 21a on this 15th day of December 2015, on all interested parties in this case.